**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

IN RE:  Case No.:19-10277-KKS

DELMAR LEON DOUGLAS, II  Chapter 7

Debtor.                    /

**ORDER GRANTING
<u>MOTION FOR RELIEF FROM AUTOMATIC STAY [D.E. 12]</u>**

This case is before the Court upon the Motion for Relief from Automatic Stay [D.E. 12], filed by creditor 21st Mortgage Corporation, and hereinafter referred to as "Movant".

No response having been filed in accordance with Local Rule 2002-4, it is:

ORDERED:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property:

**REAL PROPERTY LOCATED AT NW 46TH AVE, NEWBERRY, FL 32669 ALONG WITH A 2013 60 X 30 TOWN HOMES MANUFACTURED HOME, SERIAL # FLTHLCT32124G2458A AND FLTHLCT32124G2458B AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

| Description of Manufactured Home: ☒ New  ☐ Used | | | |
|---|---|---|---|
| MANUFACTURER: TOWN HOMES | YEAR: 2013 | ADDITIONAL ACCESSORIES AND FURNISHINGS: ITEM AND SERIAL NO. | |
| APPROX. LENGTH: 60 | APPROX. WIDTH: 30 | | |
| SERIAL NO. | FLTHLCT32124G-2458A | | |
| SERIAL NO. | FLTHLCT32124G-2458B | | |

1

> Commence at the Southeast corner of Section 17, Township 9 South, Range 17 East, Alachua County, Florida; thence run N 00°44'41" W, along the East line of said Section 17, a distance of 40.07 feet to the North right of way line of NW 46th Avenue (80.00 foot right of way); thence continue N 00°44'41" W, along said section line, a distance of 1562.27 feet; thence run S 88°04'56" W, a distance of 273.23 feet to the Point of Beginning; thence run N 01°08'30" W, a distance of 182.31 feet; thence run S 88°04'56" W, a distance of 1247.47 feet; thence run S 03°15'14" E, a distance of 471.69 feet; thence run N 88°04'56" E, a distance of 185.83 feet; thence run N 01°08'30" W, a distance of 289.30 feet; thence run N 88°04'56" E, a distance of 1044.25 feet to the Point of Beginning, all lying and being in Alachua County, Florida.
> SUBJECT TO AND TOGETHER WITH an easement for ingress and egress and public utilities above, below and across the following described 20 foot easement:
> Commence at the Southeast corner of Section 17, Township 9 South, Range 17 East, Alachua County, Florida. Thence run N 00°44'41" W, a distance of 40.07 feet to the North right of way line of NW 46th Avenue (80 foot right of way); thence run S 85°55'45" W, along said right of way line of NW 46th Avenue (an 80 foot right of way), a distance of 1332.83 feet to the Point of Beginning; thence run N 00°54'18" W, a distance of 344.87 feet; thence run N 02°19'22" E, a distance of 385.37 feet; thence run N 01°08'30" W, a distance of 882.98 feet; thence run N 01°34'52" W, a distance of 518.30 feet; thence run S 88°04'56" W, a distance of 20.00 feet; thence run S 01°34'52" E, a distance of 518.30 feet; thence run S 01°08'36" E, a distance of 883.72 feet; thence run S 02°19'21" W, a distance of 385.37 feet; thence run S 00°54'18" E, a distance of 344.86 feet to the North right of way line of NW 46th Avenue (an 80.00 foot right of way); thence run N 85°55'45" E, along said North right of way line a distance of 20.00 feet to the Point of Beginning.
>
> TOGETHER WITH A 2013 TOWN HOMES ID#FLTHLCT32124G-2458A AND FLTHLCT32124G-2458B which is permanently affixed to the lands above and, as such, is deemed to be a part of the real estate.

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the debtor.

4. The Movant made allegations and a request in the Motion for Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

5. This Order will survive any conversion in the instant case.

DONE AND ORDERED on  November 25, 2019                              .

                                          Karen K. Specie
                                          United States Bankruptcy Judge

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Seth J. Greenhill, Esq.
Padgett Law Group
Seth.Greenhill@padgettlawgroup.com